UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE CO., LTD. | CIVIL ACTION |
| VERSUS | NO: 18-4114 |
| AMERICAN COMMERCIAL BARGE LINE COMPANY, ET AL. | SECTION: "J"(4) |

# **ORDER**

Considering the foregoing *Joint Motion to Dismiss* **(Rec. Doc. 17)**;

**IT IS HEREBY** ordered that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that all claims, counterclaims, cross-claims, and/or third-party claims in the above-captioned matter are **DISMISSED with prejudice** pursuant to compromise, with each party to bear its own costs.

New Orleans, Louisiana, this 20th day of March, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE